**WRIGHT, FINLAY & ZAK, LLP**
Nichole L. Glowin, Esq., SBN 262932
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
nglowin@wrightlegal.net

Attorney for Secured Creditor, SETERUS, INC. as the authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), creditor c/o SETERUS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | ) BK Case No.: 15-42808 |
| | ) Chapter: 13 |
| JOHN CLAYTON STIFLER, | ) |
| | ) DC No. NLG-1 |
| | ) |
| Debtor. | ) **NOTICE OF APPEARANCE AND** |
| | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| | ) |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Bankr. P. 9010 attorney Nichole L. Glowin, Esq., of Wright, Finlay & Zak, LLP, represents Secured Creditor, SETERUS, INC. as the authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), creditor c/o SETERUS, INC in the above-referenced bankruptcy case.

Wright, Finlay & Zak, LLP also hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy whether or not notice is ordinarily required, including all pleadings or notices under Fed. R. Bankr. P. 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors,

1

NOTICE OF APPEARANCE

Case: 15-42808    Doc# 23    Filed: 08/07/17    Entered: 08/07/17 14:25:19    Page 1 of 4

parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

Wright, Finlay & Zak, LLP further requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Nichole L. Glowin
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Ste. 280
Newport Beach, CA 92660

nglowin@wrightlegal.net

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Wright, Finlay & Zak, LLP's participation in the instant proceeding. Moreover, the within party does not authorize Wright, Finlay & Zak, LLP, either expressly or impliedly through Wright, Finlay & Zak, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

Dated: August 7, 2017

WRIGHT, FINLAY & ZAK, LLP
By: _/s/ Nichole L. Glowin_
Nichole L. Glowin, Esq.,
Attorney for Secured Creditor, SETERUS, INC. as the authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), creditor c/o SETERUS, INC

2
NOTICE OF APPEARANCE

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On August 7, 2017 I served the foregoing documents described as ***NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE***, on the following individuals by depositing true copies thereof in the United States first class mail at Newport Beach, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

SEE ATTACHED SERVICE LIST

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[ ] (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X] (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on August 7, 2017, at Newport Beach, California.

    /s/ Michelle Baquet
MICHELLE BAQUET

# SERVICE LIST
In re John Clayton Stifler
Bankruptcy Case No.: 15-42808

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

United States Trustee: USTPRegion17.OA.ECF@usdoj.gov
Martha G. Bronitsky, Chapter 13 Trustee: 13trustee@oak13.com
Patrick L. Forte, Counsel for Debtor: pat@patforte.com
Lisa Singer, Counsel for Federal National Mortgage Association, Courtesy Notice: LSinger@Rosicki.com
Dean R. Prober, Counsel for Bank of America, N.A., Courtesy Notice: ecfnca@ecf.courtdrive.com
Theron Spencer Covey, Counsel for Bank of America, N.A., Courtesy Notice: CAECF@tblaw.com
Kendrick Stribling, Counsel for Bank of America, N.A., Courtesy Notice: kendrick.stribling@bankofamerica.com

**PARTIES SERVED BY US MAIL:**

John Clayton Stifler
2501 Roca Street
Antioch, CA 94509
DEBTOR

Patrick L. Forte
Law Offices of Patrick L. Forte
1624 Franklin St. #911
Oakland, CA 94612
COUNSEL FOR DEBTOR

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540
CHAPTER 13 TRUSTEE

Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
U.S. TRUSTEE